UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMAN RAMAN,

Petitioner,

v.

TODD LYONS, Director of U.S. Immigrations and Customs Enforcement, et al.,

Respondents.
_______________________________________/

Case No. 2:26-cv-11145

Honorable Susan K. DeClercq
United States District Judge

**OPINION AND ORDER DISMISSING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1) AND MOTION FOR EXPEDITED DECISION (ECF No. 5), AND CLOSING THE CASE**

In April 2026, Petitioner Raman Raman, proceeding through counsel, filed a petition for a writ of habeas corpus, seeking immediate release from U.S. Immigrations and Customs Enforcement ("ICE") custody. ECF No. 1. Raman later filed a *pro se* request for an expedited decision on that petition. ECF No. 5.

On June 22, 2026, Raman was released from ICE custody. ECF No. 8 at PageID.93–94. He has since relocated to California, and "his removal proceedings have transferred to an immigration court in California." *Id.* at PageID.94. Following his release and relocation, this Court finds that Raman's habeas corpus petition and motion for expedited decision on that petition are now moot. *See, e.g.*, *Inniss v.*

*Hemingway*, 657 F. Supp. 3d 986, 989 (E.D. Mich. 2023) (dismissing habeas petitioner's claim as moot because he was released from custody).

Accordingly, it is **ORDERED** that Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED as moot**.

It is further **ORDERED** that Petitioner's Motion for Expedited Decision, ECF No. 5, is **DISMISSED as moot**.

**This is a final order and closes the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 14, 2026